ERIC S. DREIBAND
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
R. TAMAR HAGLER (CA State Bar No. 189441)
Deputy Chief, Housing and Civil Enforcement Section
ANNA MEDINA (DC Bar No. 483183)
Acting Deputy Chief, Federal Coordination and Compliance Section
MEGAN K. WHYTE DE VASQUEZ (DC Bar No. 1000419)
MICHELLE A. MCLEOD (DC Bar No. 1032704)
CHRISTOPHER D. BELEN (VA Bar No. 78281)
ALYSSA C. LAREAU (DC Bar No. 494881)
Trial Attorneys
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave. NW – 4CON
Washington, D.C. 20530
Telephone: (202) 514-4713, Facsimile: (202) 514-1116
Email: Megan.Whyte.de.Vasquez@usdoj.gov
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
KAREN P. RUCKERT (CA State Bar No. 315798)
Chief, Civil Rights Section, Civil Division
MATTHEW NICKELL (CA State Bar No. 304828)
KATHERINE M. HIKIDA (CA State Bar No. 153268)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-8805, Facsimile: (213) 894-7819
E-mail: Matthew.Nickell@usdoj.gov
Attorneys for Plaintiff United States of America

[Counsel for Defendants listed on next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CITY OF HESPERIA, et al.

Defendants.

Case No. 5:19-cv-02298 AB (SPx)

**STIPULATION TO AMEND THE COMPLAINT**

Complaint Filed: December 2, 2019
Fact Discovery Cut-off: May 7, 2021
Motion Cut-off; May 21, 2021
Trial Date: September 21, 2021
Last Date to Amend: October 2, 2020

Honorable André Birotte Jr.
United States District Judge

ALESHIRE & WYNDER, LLP
ERIC L. DUNN, State Bar No. 176851
*edunn@awattorneys.com*
STEPHEN R. ONSTOT, State Bar No. 139319
*sonstot@awattorneys.com*
BRADEN J. HOLLY, State Bar No. 312098
*bholly@awattorneys.com*
ERIKA D. GREEN, State Bar No. 285370
*egreen@awattorneys.com*
3880 Lemon Street, Suite 520
Riverside, California 92501
Telephone: (951) 241-7338
Facsimile: (951) 300-0985

Attorneys for Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department

**STIPULATION**

Plaintiff United States of America ("United States") and Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department ("Defendants") (collectively, the "Parties") enter into and submit this Stipulation to Amend the Complaint in this action pursuant to Federal Rule of Civil Procedure 15(a)(2).

On December 2, 2019, the United States filed the instant action against Defendants alleging that they had violated the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601–3631, through the enactment and enforcement of a "crime-free rental housing" ordinance. On February 27, 2020, the U.S. Department of Housing and Urban Development ("HUD") issued a letter of findings against Defendant City of Hesperia stating HUD had determined that the City's conduct in the enactment and enforcement of the ordinance violated Title VI of the Civil Rights Act of 1964 ("Title VI"), 42 U.S.C. § 2000d *et seq.*, and its implementing regulation, 24 C.F.R. Part 1. On April 9, 2020, HUD referred the matter to the Department of Justice. The Parties discussed the Title VI-related claims during the conference of counsel under Federal Rule Civil Procedure 26(f) on May 13, 2020, at which time Defendants indicated their preference was for the Title VI-related claims to be handled together with the FHA claims in the instant action.

The United States has prepared a proposed First Amended Complaint that adds the

Title VI-related claims and associated factual allegations to the original complaint. *See* Ex. 1. Including the Title VI-related claims in this action together with the FHA claims will promote consistency and efficiency. In addition, discovery is still in its early stages, trial is scheduled more than a year from now on September 21, 2021, and the new Title VI-related claims are based on the same conduct alleged to have violated the FHA. Thus, the Parties do not believe that this amendment would interfere with the timelines set forth in the Court's scheduling order.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Accordingly, the Parties stipulate to the filing of the First Amended Complaint attached to this Stipulation as Exhibit 1 and respectfully request that the Court enter an order approving its filing.

Respectfully submitted,

Dated: September 3, 2020

NICOLA T. HANNA
United States Attorney
Central District of California

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

/s/ Karen P. Ruckert
KAREN P. RUCKERT
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division

/s/ Matthew Nickell
MATTHEW NICKELL*
KATHERINE M. HIKIDA
Assistant United States Attorneys
Civil Rights Section, Civil Division

* I, Matthew Nickell, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section

/s/ R. Tamar Hagler
R. TAMAR HAGLER
Deputy Chief, Housing and Civil Enforcement Section

/s/ Megan K. Whyte de Vasquez
MEGAN K. WHYTE DE VASQUEZ
MICHELLE A. MCLEOD
CHRISTOPHER B. BELEN
Trial Attorneys
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

/s/ Anna Medina
ANNA MEDINA
Acting Deputy Chief, Federal Coordination and Compliance Section

/s/ Alyssa C. Lareau
ALYSSA C. LAREAU
Trial Attorney
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section

*Attorneys for the United States of America*

Dated: September 3, 2020

ALESHIRE & WYNDER, LLP

/s/ Erika D. Green
STEPHEN R. ONSTOT
ERIKA D. GREEN
BRADEN J. HOLLY

*Attorneys for Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department*