1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14
15
16
17
18
19
20

| UNITED STATES OF AMERICA, | Case No. 5:19-cv-02298 AB (SPx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO AMEND THE COMPLAINT** |
| v. | Complaint Filed: December 2, 2019 |
| CITY OF HESPERIA, et al. | Fact Discovery Cut-off: May 7, 2021 |
| Defendants. | Motion Cut-off; May 21, 2021 |
| | Trial Date: September 21, 2021 |
| | Last Date to Amend: October 2, 2020 |
| | Honorable André Birotte Jr. |
| | United States District Judge |

21
22

**ORDER**

Having reviewed the Parties' Stipulation to Amend the Complaint, and good cause appearing,

23
24
25
26
27
28

/ /
/ /
/ /
/ /

IT IS HEREBY ORDERED that the request to file the First Amended Complaint attached to the Parties' Stipulation as Exhibit 1 is **GRANTED**. Plaintiff must file the First Amended Complaint within one week after the issuance of this order.

**IT IS SO ORDERED.**

Dated: September 08, 2020

_____
The Honorable André Birotte, Jr.
United States District Judge