1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14  UNITED STATES OF AMERICA,  | Case No. 5:19-cv-02298 AB (SPx)
15              Plaintiff,
                                **ORDER GRANTING THE STIPULATION FOR REMOTE DEPOSITION OF WITNESSES**
16              v.
17  CITY OF HESPERIA, et al.
                                Honorable Sheri Pym
18              Defendants.     United States Magistrate Judge

19
20                          **ORDER**
21      Having considered the Parties' Stipulation for Remote Deposition of Witnesses,
22  and good cause appearing,
23  //
24  //
25  //
26  //
27  //
28  //

IT IS HEREBY ORDERED that the Parties' Stipulation for Remote Deposition of Witnesses is GRANTED.

Dated: November 17, 2020

The Honorable Sheri Pym
United States Magistrate Judge

Presented by:

NICOLA T. HANNA
United States Attorney
Central District of California

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

KAREN P. RUCKERT
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division

/s/ Matthew Nickell
MATTHEW NICKELL*
KATHERINE M. HIKIDA
Assistant United States Attorneys
Civil Rights Section, Civil Division
United States Department of Justice

* I, Matthew Nickell, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section

R. TAMAR HAGLER
Deputy Chief, Housing and Civil Enforcement Section

/s/ Megan K. Whyte de Vasquez
MEGAN K. WHYTE DE VASQUEZ
MICHELLE A. MCLEOD
CHRISTOPHER B. BELEN
Trial Attorneys
Civil Rights Division
Housing and Civil Enforcement Section

ANNA MEDINA
Acting Deputy Chief, Federal Coordination and Compliance Section

/s/ Alyssa C. Lareau
ALYSSA C. LAREAU
Trial Attorney
United States Department of Justice
Civil Rights Division
Federal Coordination and Compliance Section

*Attorneys for the United States of America*