ERIC S. DREIBAND
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
R. TAMAR HAGLER (CA State Bar No. 189441)
Deputy Chief, Housing and Civil Enforcement Section
ANNA MEDINA (DC Bar No. 483183)
Acting Deputy Chief, Federal Coordination and Compliance Section
MEGAN K. WHYTE DE VASQUEZ (DC Bar No. 1000419)
CHRISTOPHER D. BELEN (VA Bar No. 78281)
ABIGAIL A. NURSE (NY Bar No. 5244512)
ALYSSA C. LAREAU (DC Bar No. 494881)
Trial Attorneys
     U.S. Department of Justice, Civil Rights Division
     950 Pennsylvania Ave. NW – 4CON
     Washington, D.C. 20530
     Telephone: (202) 514-4713, Facsimile: (202) 514-1116
     E-mail: Megan.Whyte.de.Vasquez@usdoj.gov
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
KAREN P. RUCKERT (CA State Bar No. 315798)
Chief, Civil Rights Section, Civil Division
MATTHEW NICKELL (CA State Bar No. 304828)
KATHERINE M. HIKIDA (CA State Bar No. 153268)
Assistant United States Attorneys
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8805, Facsimile: (213) 894-7819
     E-mail: Matthew.Nickell@usdoj.gov
Attorneys for Plaintiff United States of America

[Counsel for Defendants listed on next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:19-CV-2298 AB (SPx) |
| Plaintiff, | **STIPULATION TO EXTEND ALL REMAINING DEADLINES** |
| v. | |
| CITY OF HESPERIA, et al., | Complaint Filed: December 2, 2019 |
| Defendants. | Fact Discovery Cut-Off: May 7, 2021 |
| | Motion Cut-off: May 21, 2021 |
| | Trial Date: September 21, 2021 |
| | |
| | Honorable André Birotte Jr. |
| | United States District Judge |

01071.0047/689835.1

ALESHIRE & WYNDER, LLP
ERIC L. DUNN, State Bar No. 176851
    edunn@awattorneys.com
STEPHEN R. ONSTOT, State Bar No. 139319
    sonstot@awattorneys.com
D. DENNIS LA, State Bar No. 237927
    dla@awattorneys.com
BRADEN J. HOLLY, State Bar No. 312098
    bholly@awattorneys.com
ERIKA D. GREEN, State Bar No. 285370
    egreen@awattorneys.com
3880 Lemon Street, Suite 520
Riverside, California 92501
Telephone: (951) 241-7338
Facsimile: (951) 300-0985

Attorneys for Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department

## **STIPULATION**

It is hereby stipulated by and between the parties, through their respective counsel, and subject to approval of this Court, that all remaining deadlines shall be continued as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Fact Discovery Cut-Off | May 7, 2021 | November 8, 2021 |
| Initial Expert Exchange | March 1, 2021 | September 1, 2021 |
| Rebuttal Expert Exchange | March 22, 2021 | September 22, 2021 |
| Expert Cut-off | June 11, 2021 | December 13, 2021 |
| Motion Hearing Cut-Off | June 25, 2021 | December 17, 2021 |
| ADR Cut-Off | April 16, 2021 | October 15, 2021 |
| Trial Filings (first round) | August 13, 2021 | February 11, 2022 |
| Trial Filings (second round) | August 20, 2021 | February 18, 2022 |
| Final Pre-Trial Conference | September 3, 2021 | March 4, 2022 |
| Trial Date<br>Trial Estimate 10-15 days | September 21, 2021 at 8:30 a.m. | March 22, 2022 at 8:30 a.m. |

Good cause exists to grant this stipulation:

1.     The United States filed this action on December 2, 2019. ECF No 1. Defendants answered on January 30, 2020. ECF No. 12. The United States filed an amended complaint with leave of the Court on September 10, 2020. ECF No. 30. Defendants answered the amended complaint on September 24, 2020. ECF No. 32, 33.

2.     The United States propounded requests for production on all three Defendants on April 23, 2020. Declaration of Matthew Nickell ("Nickell Decl.") ¶ 2.

3.     The parties held their Rule 26(f) conference on May 13, 2020, Nickell Decl. ¶ 3, and filed a Joint Rule 26(f) report on May 22, 2020, ECF No. 20. The Court issued the Scheduling Order in this action on June 3, 2020. ECF No. 26. The current deadline for the close of fact discovery is May 7, 2021, and the trial date is September 21, 2021. *Id.* at 3.

4.     On June 26, 2020, Defendants provided responses to the United States' requests for documents. Nickell Decl. ¶ 4. However, in subsequent communications— including a call on July 15, 2020 and an email dated July 22, 2020—Defendants indicated that they might have additional responsive documents (including in multiple filing cabinets) and planned to provide supplemental responses after verifying what documents might have already been produced. *Id.* ¶ 5.

5.     The United States sent letters under Local Rule 37-1 to the County of San Bernardino and San Bernardino County Sheriff's Department on October 30, 2020, and to the City of Hesperia on November 2, 2020, regarding deficiencies in their responses to the requests for production. *Id.* ¶¶ 6–7.

6.     In a conference of counsel held on November 6, 2020, Defendants reiterated that they had multiple filing cabinets with additional responsive documents. In addition, Defendants indicated that they had a database called Easy Tracking, which may contain relevant information that may not have been previously produced. *Id.* ¶ 8.

7.     In subsequent meetings, including on November 10, November 20, and November 30, 2020, Defendants provided additional information about these and other

outstanding documents. For example, on November 20, 2020, Defendants told the United States the number of filing cabinets containing responsive documents (ten), agreed that the United States could inspect the cabinets and further agreed to provide the United States a sample of a few files from those cabinets so that the parties could determine the best way to provide any remaining contents. *Id.* ¶ 9.

8.     The City produced supplemental responses to the United States' requests for production on November 13, 2020, and the County and Sheriff's Department produced supplemental responses on December 11, 2020. *Id.* ¶¶ 10–11. However, Defendants have acknowledged that additional responsive documents are outstanding. For example, on December 11, 2020, Defendants informed the United States they had conducted separate searches of the email accounts of certain custodians using search terms, and that they had identified additional emails that appeared potentially relevant to the claims and defenses in this case. *Id.* ¶ 12.  On December 22, 2020, Defendants stated they planned to produce certain emails by the end of the year after reviewing for privilege and responsiveness, but now recognize additional time will be required to complete this review. *Id.* ¶ 13. Defendants have requested an additional 30 days to produce these emails. The United States has conditionally agreed to extend this production deadline assuming the impending discovery deadlines are extended in accordance with this stipulation. *Id.* ¶ 14.

9.     On November 14, 2020, Defendants sent a Rule 37 letter to the United States seeking supplemental disclosures and interrogatory responses for the identity of potential witnesses who may be used by the United States in this litigation or called upon at the time of trial. *Id.* ¶ 11. The United States provided a response to this letter as well as supplemental disclosures and interrogatory responses on December 11, 2020. *Id.*

10.     On December 11, 2020, Defendants provided the United States a copy of the data file for its Easy Tracking database. However, the data file can only be opened with the Easy Tracking software, which is proprietary, and therefore the United States

currently has no way to view it. The parties are currently conferring to identify a way for the United States to access the data. Defendants have indicated that they provided printouts of a couple of reports from the Easy Tracking database. *Id.* ¶ 16.

11.    The parties are continuing to discuss data systems that Defendants have that might contain additional responsive documents, including with respect to arrest records, calls for service, summons and citations, and other police records. *Id.* ¶ 17. The parties anticipate continuing to confer in January 2021 regarding the universe of data systems that might have responsive documents, and regarding their scope and relevancy. *Id.* ¶ 18.

12.    The parties acknowledge that additional fact discovery must be completed before any experts they retain will have the data they need to perform full and accurate analyses related to the claims and defenses in this action. *Id.* ¶ 19.

13.    Defendants have produced a sample of the documents that are in the ten filing cabinets that Defendants identified as containing responsive paper files. *Id.* ¶ 20. However, the parties are still conferring regarding a plan for providing the remainder of the documents in those filing cabinets without undue expense and burden. *Id.* This is complicated by the ongoing COVID-19 pandemic, which makes in-person visits by counsel infeasible at this time. *Id.*

14.    Along with other aspects of discovery, scheduling and conducting depositions has been, and the parties anticipate that it will continue to be, more difficult due to the COVID-19 pandemic. *Id.* ¶ 21. For example, the United States noticed a deposition for an employee of the City of Hesperia that was scheduled to occur on November 18, 2020. *Id.* ¶ 22. Two days before the deposition, Defendants informed the United States that this employee had contracted COVID-19, and thus needed to reschedule. *Id.* Defendants understandably informed the United States they were reluctant to contact this individual about alternative dates until sufficient time had passed for him to recover. *Id.* To date, the parties have not identified a new date for the deposition. *Id.* The parties anticipate there may be additional delays scheduling

depositions with other deponents due to the pandemic. *Id.*

15.    Defendants plan to schedule depositions for various witnesses identified in the United States' supplemental disclosures and interrogatory responses served on December 11, 2020. *Id.* ¶ 23. The United States also plans to schedule additional depositions early in 2021. *Id.*

16.    In light of past delays, logistical challenges, and anticipated future delays caused by the ongoing COVID-19 pandemic, and in order to enable the parties to continue working collaboratively to resolve ongoing discovery disputes, the parties agree that extending all pending litigation and discovery dates in this action by six months is warranted. *Id.* ¶ 24.

17.    This is the first continuance the parties have sought in this matter pertaining to discovery, pre-trial, and trial deadlines. *Id.* ¶ 25.

18.    The parties agree that no prejudice will result if the Court grants the stipulated extension. *Id.* ¶ 26. The stipulated extension is not sought for any improper purpose, or to cause unnecessary delay. *Id.*

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1    Accordingly, the parties respectfully request that the Court grant this stipulation
2  and continue the deadlines as outlined above.

3

4  SO STIPULATED AND AGREED BY:

5  Dated: December 31, 2020

6  NICOLA T. HANNA                          ERIC S. DREIBAND
   United States Attorney                   Assistant Attorney General
7  Central District of California           Civil Rights Division

8  DAVID M. HARRIS                          SAMEENA SHINA MAJEED
   Assistant United States Attorney         Chief, Housing and Civil
9  Chief, Civil Division                    Enforcement Section

10 KAREN P. RUCKERT                         R. TAMAR HAGLER
   Assistant United States Attorney         Deputy Chief, Housing and Civil
11 Chief, Civil Rights Section, Civil Division   Enforcement Section

12 /s/ Matthew Nickell                      /s/ Megan K. Whyte de Vasquez
   MATTHEW NICKELL*                         MEGAN K. WHYTE DE VASQUEZ
13 KATHERINE M. HIKIDA                      CHRISTOPHER B. BELEN
   Assistant United States Attorneys        ABIGAIL A. NURSE
14 Civil Rights Section, Civil Division     Trial Attorneys
   United States Department of Justice      Civil Rights Division
15                                          Housing and Civil Enforcement Section

16 * I, Matthew Nickell, hereby attest that all   ANNA MEDINA
   other signatories listed, and on whose   Acting Deputy Chief, Federal Coordination
17 behalf the filing is submitted, concur in   and Compliance Section
   the filing's content and have authorized
18 the filing.                              /s/ Alyssa C. Lareau
                                            ALYSSA C. LAREAU
19                                          Trial Attorney
                                            United States Department of Justice
20                                          Civil Rights Division
                                            Federal Coordination and Compliance Section
21
                                           *Attorneys for the United States of America*
22 Dated: December 31, 2020

23 ALESHIRE & WYNDER, LLP

24 /s/ D. Dennis La
   STEPHEN R. ONSTOT
25 D. DENNIS LA
   ERIKA D. GREEN
26 BRADEN J. HOLLY

27 *Attorneys for Defendants City of Hesperia, County of San Bernardino, and San Bernardino*
28 *County Sheriff's Department*