PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
R. TAMAR HAGLER (CA State Bar No. 189441)
Deputy Chief, Housing and Civil Enforcement Section
ANNA MEDINA (DC Bar No. 483183)
Acting Deputy Chief, Federal Coordination and Compliance Section
AURORA BRYANT (LA Bar No. 33447)
CHRISTOPHER D. BELEN (VA Bar No. 78281)
ABIGAIL A. NURSE (NY Bar No. 5244512)
ALYSSA C. LAREAU (DC Bar No. 494881)
Trial Attorneys
   U.S. Department of Justice, Civil Rights Division
   950 Pennsylvania Ave. NW – 4CON
   Washington, D.C. 20530
   Telephone: (202) 616-2602, Facsimile: (202) 514-1116
   E-mail: Aurora.Bryant@usdoj.gov

Attorneys for Plaintiff United States of America

[Additional Counsel for Plaintiff Listed on Next Page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HESPERIA, et al.<br><br>Defendants. | Case No. 5:19-cv-02298 AB (SPx)<br><br>**NOTICE OF MOTION RE UNITED STATES' MOTION TO COMPEL DEFENDANTS' DISCOVERY RESPONSES**<br><br>Hearing Date:  June 8, 2021<br>Hearing Time:  10:00am PT<br>Courtroom:     3 (or by Zoom)<br><br>Fact Discovery Cutoff: Nov. 8, 2021<br>Expert Discovery Cutoff: Dec. 13, 2021<br>Pretrial Date: Mar. 4, 2022<br>Trial Date: Mar. 22, 2022<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

1 | TRACY L. WILKISON
  | Acting United States Attorney
2 | DAVID M. HARRIS
  | Chief, Civil Division
3 | KAREN P. RUCKERT (CA State Bar No. 315798)
  | Chief, Civil Rights Section, Civil Division
4 | MATTHEW NICKELL (CA State Bar No. 304828)
  | KATHERINE M. HIKIDA (CA State Bar No. 153268)
5 | Assistant United States Attorneys
  |         Federal Building, Suite 7516
6 |         300 North Los Angeles Street
  |         Los Angeles, California 90012
7 |         Telephone: (213) 894-8805, Facsimile: (213) 894-7819
  |         E-mail: Matthew.Nickell@usdoj.gov
8 |
9 | Attorneys for Plaintiff United States of America

10   **PLEASE TAKE NOTICE** that on June 8, 2021 at 10:00 a.m., or as soon

11 thereafter as counsel may be heard in Courtroom 3, 3rd floor of the United States

12 District Court, Central District, located at 3470 12th St., Riverside, CA, 92501, or else

13 by Zoom in accordance with this Court's instructions, Plaintiff United States of America

14 will and hereby does move this Court to compel Defendants' discovery responses in the

15 above-captioned action.

16   This motion is made following efforts by Plaintiff's counsel to resolve these issues

17 informally, as required by Local Rule 37-1, *et seq*. *See* Declaration of Matthew Nickell

18 ¶¶ 12–13, 18–21, 23, filed concurrently herewith.

19   This motion is and will be based upon this Notice of Motion; the Joint Stipulation

20 of Counsel, and exhibits; the pleadings and records on file with this court; the

21 Declaration of Matthew Nickell; any evidence of which the Court may take judicial

22 //
23 //
24 //
25 //
26 //
27 //
28 //

notice prior to or at the hearing of this matter; and upon such oral or documentary evidence as may be presented at the hearing of this motion.

Dated: May 3, 2021                                              Respectfully submitted,

| | |
|---|---|
| TRACY L. WILKISON<br>Acting United States Attorney<br>Central District of California | PAMELA S. KARLAN<br>Principal Deputy Assistant Attorney General<br>Civil Rights Division |
| DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division | SAMEENA SHINA MAJEED<br>Chief, Housing and Civil<br>Enforcement Section |
| KAREN P. RUCKERT<br>Assistant United States Attorney<br>Chief, Civil Rights Section, Civil Division | R. TAMAR HAGLER<br>Deputy Chief, Housing and Civil<br>Enforcement Section |
| /s/ Matthew Nickell<br>MATTHEW NICKELL<br>KATHERINE M. HIKIDA<br>Assistant United States Attorneys<br>Civil Rights Section, Civil Division | /s/ Christopher D. Belen<br>AURORA BRYANT<br>CHRISTOPHER D. BELEN<br>ABIGAIL A. NURSE<br>Trial Attorneys<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section |
| | ANNA MEDINA<br>Acting Deputy Chief, Federal Coordination<br>and Compliance Section |
| | /s/ Alyssa C. Lareau<br>ALYSSA C. LAREAU<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance<br>Section |
| | *Attorneys for the United States of America* |