KRISTEN CLARKE
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
R. TAMAR HAGLER (CA State Bar No. 189441)
Deputy Chief, Housing and Civil Enforcement Section
ANNA MEDINA (DC Bar No. 483183)
Acting Deputy Chief, Federal Coordination and Compliance Section
AURORA BRYANT (LA Bar No. 33447)
CHRISTOPHER D. BELEN (VA Bar No. 78281)
ABIGAIL A. NURSE (NY Bar No. 5244512)
ALYSSA C. LAREAU (DC Bar No. 494881)
Trial Attorneys
    U.S. Department of Justice, Civil Rights Division
    950 Pennsylvania Ave. NW – 4CON
    Washington, D.C. 20530
    Telephone: (202) 616-2902, Facsimile: (202) 514-1116
    E-mail: Aurora.Bryant@usdoj.gov
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Chief, Civil Division
KAREN P. RUCKERT (CA State Bar No. 315798)
Chief, Civil Rights Section, Civil Division
MATTHEW NICKELL (CA State Bar No. 304828)
KATHERINE M. HIKIDA (CA State Bar No. 153268)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8805, Facsimile: (213) 894-7819
    E-mail: Matthew.Nickell@usdoj.gov
Attorneys for Plaintiff United States of America

[Counsel for Defendants listed on next page]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 5:19-cv-02298 AB (SPx) |
|---|---|
| Plaintiff, | **STIPULATION TO FILE SUPPLEMENTAL COMPLAINT** |
| v. | |
| CITY OF HESPERIA, et al. | Complaint Filed: Dec, 2, 2019<br>Fact Discovery Cut-off: Nov. 8, 2021<br>Motion Cut-off: Dec. 17, 2021<br>Trial Date: Mar. 22, 2022 |
| Defendants. | |
| | Honorable André Birotte Jr.<br>United States District Judge |

ALESHIRE & WYNDER, LLP
ERIC L. DUNN, State Bar No. 176851
    edunn@awattorneys.com
STEPHEN R. ONSTOT, State Bar No. 139319
    sonstot@awattorneys.com
D. DENNIS LA, State Bar No. 237927
    dla@awattorneys.com
BRADEN J. HOLLY, State Bar No. 312098
    bholly@awattorneys.com
ERIKA D. GREEN, State Bar No. 285370
    egreen@awattorneys.com
3880 Lemon Street, Suite 520
Riverside, California 92501
Telephone: (951) 241-7338
Facsimile: (951) 300-0985

Attorneys for Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department

## STIPULATION

Plaintiff United States of America ("United States") and Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department ("Defendants") (collectively, the "Parties") enter into and submit this Stipulation to File Supplemental Complaint in this action pursuant to Federal Rule of Civil Procedure 15(d).

On December 2, 2019, the United States filed the instant action against Defendants alleging that they had violated the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601–3631, through the enactment and enforcement of a "crime-free rental housing" ordinance. ECF No. 1. The United States' initial complaint alleged that Defendants, through this ordinance's enactment and enforcement, engaged in a pattern or practice of discriminatory conduct with the intent and effect of driving African American and Hispanic renters from their homes and preventing them from obtaining housing in the City of Hesperia. *Id.* ¶¶12–74.

On September 9, 2020, this Court entered an order granting a stipulation of the Parties allowing the United States to file an amended complaint, ECF No. 30, and on September 10, 2020, the United States filed its first amended complaint ("FAC"), ECF No. 31. The FAC was based on the same underlying conduct, and added claims that this

conduct also violated Title VI of the Civil Rights Act of 1964. ECF No. 31 ¶¶3, 67–80, 87–94.

The Supplemental Complaint adds facts concerning a new law the City enacted on January 19, 2021, several months after the United States filed its FAC. *See* Ex. 1 ¶¶6, 63–68. The new law, "An Ordinance of the City Council of the City of Hesperia, California, Amending Title 5 of the Hesperia Municipal Code Adding Chapter 5.72 Creating a Rental Housing Business License Program" (hereinafter the "Rental Housing Business License Ordinance"), requires landlords who operate rental properties in Hesperia to register with the City for a business license to do so. It also requires all landlords who operate in Hesperia to register their properties with the "crime free rental housing" program; undergo annual "crime prevention" inspections; and pay annual per-unit fees. The United States alleges that these additional rental housing restrictions support the existing claim that Defendants have engaged in a pattern or practice of using rental housing restrictions to discriminate against residents and prospective residents because of race and national origin.

Filing the Supplemental Complaint would be appropriate under Fed. R. Civ. P. 15(d). The stipulation is not filed in bad faith or with undue delay. *See Nunes v. Ashcroft*, 375 F.3d 805, 808 (9th Cir. 2004) (listing bad faith, undue delay, prejudice, futility, and prior amendments as factors to consider in granting motion under Rule 15(a)); *Stinson v. BNSF Ry. Co.*, EDCV1400143ABSPX, 2014 WL 12843826, at *2 (C.D. Cal. Nov. 11, 2014) (Birotte, J.) (same standard applies to supplemental pleadings under Rule 15(d) as amended pleadings under Rule 15(a)). Upon learning details about the Rental Housing Business License Ordinance and conducting due diligence, the United States notified Defendants on June 25, 2021 of its intent to seek such leave. On June 29, 2021, Defendants stated they would stipulate to the filing of the proposed Supplemental Complaint.

Granting the stipulation also would cause no prejudice. *See Nunes*, 375 F.3d at 808; *Stinson*, 2014 WL 12843826 at *2. Discovery does not close for almost four months

1  on November 8, 2021, and trial is scheduled more than eight months from now on March
2  22, 2021.[1] Adding the new factual allegations also would not be futile because they
3  support plausible claims for relief previously pled in the complaint and FAC. Indeed,
4  including both ordinances in this action together would promote consistency and judicial
5  efficiency. In addition, although the United States previously filed an FAC, this is its
6  first supplemental complaint under Rule 15(d).
7        Accordingly, the Parties stipulate to the filing of the United States' Supplemental
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //

---

[1] The Parties may soon file a stipulation seeking extensions of discovery and other deadlines in this action. However, the principal basis for these anticipated extensions is the status of discovery concerning existing factual allegations and claims about the "crime free rental housing" ordinance. The Parties believe that the additional allegations in the proposed Supplemental Complaint will necessitate a minimal amount of additional discovery that would benefit from, but not require, an extension of the discovery deadlines.

Complaint attached to this Stipulation as <u>Exhibit 1</u>, and respectfully request that the Court enter an order approving its filing.

Respectfully submitted,

Dated: July 13, 2021

| | |
|---|---|
| TRACY L. WILKISON<br>Acting United States Attorney<br>Central District of California<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>KAREN P. RUCKERT<br>Assistant United States Attorney<br>Chief, Civil Rights Section, Civil Division | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br>SAMEENA SHINA MAJEED<br>Chief, Housing and Civil Enforcement Section<br>R. TAMAR HAGLER<br>Deputy Chief, Housing and Civil Enforcement Section |
| /s/ Matthew Nickell<br>MATTHEW NICKELL*<br>KATHERINE M. HIKIDA<br>Assistant United States Attorneys<br>Civil Rights Section, Civil Division<br>United States Department of Justice | /s/ Aurora Bryant<br>AURORA BRYANT<br>CHRISTOPHER B. BELEN<br>ABIGAIL A. NURSE<br>Trial Attorneys<br>Civil Rights Division<br>Housing and Civil Enforcement Section |
| * I, Matthew Nickell, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. | ANNA MEDINA<br>Acting Deputy Chief, Federal Coordination and Compliance Section<br><br>/s/ Alyssa C. Lareau<br>ALYSSA C. LAREAU<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Federal Coordination and Compliance Section<br><br>*Attorneys for the United States of America* |

Dated: July 13, 2021

ALESHIRE & WYNDER, LLP

/s/ D. Dennis La
STEPHEN R. ONSTOT
D. DENNIS LA
ERIKA D. GREEN
BRADEN J. HOLLY

*Attorneys for Defendants City of Hesperia, County of San Bernardino, and San Bernardino County Sheriff's Department*