KRISTEN CLARKE
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
R. TAMAR HAGLER (CA State Bar No. 189441)
Deputy Chief, Housing and Civil Enforcement Section
COTY MONTAG (CA State Bar No. 255703)
Deputy Chief, Federal Coordination and Compliance Section
JOHN R. FOWLER (DC Bar No. 1017595)
ABIGAIL A. NURSE (NY Bar No. 5244512)
ORLY T. MAY (DC Bar No. 1613019)
ALYSSA C. LAREAU (DC Bar No. 494881)
Trial Attorneys
 U.S. Department of Justice, Civil Rights Division
 950 Pennsylvania Ave. NW – 4CON
 Washington, D.C. 20530
 Telephone: (202) 598-5242, Facsimile: (202) 514-1116
 Email: John.Fowler@usdoj.gov
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK (CA State Bar No. 236173)
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division
KATHERINE M. HIKIDA (CA State Bar No. 153268)
Assistant United States Attorney
 Federal Building, Suite 7516
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone: (213) 894-2285
 Facsimile: (213) 894-7819
 E-mail: katherine.hikida@usdoj.gov
Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br> v.<br><br>CITY OF HESPERIA, et al.,<br><br> Defendants. | No. 5:19-cv-02298-AB (SPx)<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT ORDER**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

Plaintiff, the United States of America, hereby lodges the [Proposed] Consent Order, which is signed by all parties.

Dated: December 14, 2022

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
SAMEENA SHINA MAJEED
Chief, Housing and Civil Enforcement Section
R. TAMAR HAGLER, Deputy Chief, Housing and Civil Enforcement Section
COTY MONTAG
Deputy Chief, Federal Coordination and Compliance Section

　/s/ John R. Fowler
JOHN R. FOWLER
ABIGAIL A. NURSE
ORLY T. MAY
ALYSSA C. LAREAU
Trial Attorneys

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
RICHARD M. PARK
Assistant United States Attorney
Chief, Civil Rights Section, Civil Division

　/s/ Katherine M. Hikida
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

1